IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FAYE MADGALENE GALLOWAY, ) | |
|     Plaintiff, ) | Civil Action No. 7:07-cv-00235 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DR. BLAKE, et. al., ) | By: Hon. James C. Turk |
|     Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1) and 28 U.S.C. § 1367(c), and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 14th day of May, 2007.

/s/ James C. Turk
Senior United States District Judge